FILED
2007 MAR 21 PM 12: 16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> **MATTHEW FINLEY,** <br>     Defendant. | Case No. **05cr1119-JM** <br><br> **ORDER** |

GOOD CAUSE APPEARING, based on the defense application and declaration of counsel, the Court hereby approves final payment of investigator Lorri Block's voucher under the Criminal Justice Act for 20.6 investigative hours in the amount of $1,133.00.

SO ORDERED.

Dated: 3/20/07

Honorable Jeffrey Miller
United States District Judge

cc: Financial Admin (w/voucher)